IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRIAN PARKER**, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:12-CV-4297-L** |
| § | |
| **US BANK NATIONAL ASSOCIATION,** § | |
| as Trustee and Successor-in-interest to § | |
| Wachovia Bank N.A. (formerly known as § | |
| First Union National Bank) and as a Trustee § | |
| for Park Place Securities, Inc., Asset- § | |
| Backed Pass-Through Certificates Series § | |
| 2004-WWF1; and **AMERICA'S** § | |
| **SERVICING COMPANY**, § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Defendants' Motion for Summary Judgment (Doc. 16), filed September 6, 2013, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 32) entered by Magistrate Judge Renee Harris Toliver on January 27, 2014, recommending that Defendant's Motion for Summary Judgment be granted and Plaintiff's claims be dismissed with prejudice. In addition, the magistrate judge recommends that Defendants' request for attorney's fees in the amount of $18,255.50 be granted and that Defendants' request for attorney's fees in the amount of $60,000 in the event of appeal be denied. Plaintiff filed objections to the Report, to which Defendants responded.

Having reviewed Defendants' motion, the parties' briefs, the record, the Report, Plaintiff's objections, and applicable law, the court determines that the findings and conclusions as to

Defendants' Motion for Summary Judgment are correct, and **accepts** them as those of the court. The court therefore **overrules** Plaintiff's objections, **grants** Defendants' Motion for Summary Judgment, and **dismisses with prejudice** Plaintiff's declaratory judgment and quiet title claims. Further, the court **grants** Defendants' request for attorney's fees in the amount of **$18,255.50**, as it determines that this amount was reasonable and necessary for the defense of the claims asserted by Plaintiff, and **denies** as premature Defendants' request for attorney's fees on appeal. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the court will enter a judgment by separate document.

    **It is so ordered** this 25th day of June, 2014.

                                                Sam A. Lindsay
                                                United States District Judge